UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN DANAE VILORIA and MEGAN JEANE VILORIA, | Case No. 2:24-cv-06945-MWC-AGR |
| Plaintiffs, | Hon. Michelle Williams Court |
| v. | **JUDGMENT** |
| FORD MOTOR COMPANY; MOJAVE AUTO GROUP; and DOES 1 through 10, inclusive, | **JS-6** |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs MORGAN DANAE VILORIA and MEGAN JEANE VILORIA ("Plaintiffs") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Federal Rule of Civil Procedure ("Rule") 68 on July 31, 2025.

Accordingly, the Court **ENTERS JUDGMENT** in favor of Plaintiffs in the amount of $45,543.28, pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: August 27, 2025

_____
Hon. Michelle Williams Court
United States District Judge